NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TIMOTHY JUSTIN TACY, SR., )
DOC #496317, )
                                                    )
                    Appellant, )
                                                    )
v. )                                         Case No. 2D19-1417
                                                    )
STATE OF FLORIDA, )
                                                    )
                    Appellee. )
_____)

Opinion filed August 7, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Collier County; Ramiro Manalich, Judge.

Timothy J. Tacy, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.